UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SIMON YATA,<br>　　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI,<br>　　　Defendant. | Case No. 22-cv-00406-NC<br><br>**JUDGMENT** |

On August 30, 2022, the Court GRANTED Defendant's Motion for Summary Judgment. Accordingly, judgment is entered in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 30, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge